IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT LEE JENKINS,**<br><br>             Plaintiff,<br><br>    v.<br><br>**WHITAKER, et al.,**<br><br>             Defendant. | 2:15-cv-01082-WBS-CMK<br><br>**ORDER** |

Good caused appearing, Defendant's request to take the deposition of Plaintiff Robert Lee Jenkins by videoconference is GRANTED.

Dated:  March 9, 2017

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE